## *Oakland Circuit.*

GEORGE SLY, *Plaintiff in Certiorari*, vs. EDWARD FOSDICK et al., *Defendant in Certiorari.*

### *School Board—Contract with Teacher.*

A contract with the teacher of a district school cannot antedate the certificate of the teacher. If it does the teacher cannot recover his salary.

The plaintiff was assessor of a school district in the town of Bloomfield. In the spring of 1882, a teacher was employed in such district, by the district board, before the teacher had obtained his certificate from the school inspectors or examiners.

After the school term closed an order was drawn on the plaintiff for the teacher's salary. This order plaintiff refused to honor, giving as a reason that the teacher had not a certificate.

The town board did not approve the conduct of the assessor, and tried him for his conduct, and issued an order removing him from his office.

The Court, GASKILL, J., Quashed the proceedings of the town board, and re-instated the plaintiff in his office of assessor, holding that the teacher must have a certificate before making a valid contract to teach.

(December, 1882.)

*O. W. Hewett,* and *Baldwin, Draper* and *Jacokes* for Plaintiff in Certiorari.

*E. R. Webster* and *T. J. Davis,* Contra.